JOHN BROSNIHAN v. FIFTH AVENUE COACH COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

JOHN BROSNIHAN, JR., an Infant, etc., v. FIFTH AVENUE COACH COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

WILLIAM POWERS, as Administrator, etc., v. REGINALD C. VANDERBILT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

SAMUEL JAFFE v. CARNICK BROTHERS COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

HENRY B. CULVER v. EDWIN C. GREGORY.— Motion to dismiss appeal granted. with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

JACOB D. WOLF v. WILLIAM M. BALDWIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

COFF-GARROD COMPANY, INC., v. NORMA CHOCOLATE COMPANY, INC.—Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

JACOB WEINGARTEN v. LENOX BATHS, INC.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

JOHN ZIMMER v. UNION RAILWAY COMPANY OF NEW YORK CITY.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

HELEN L. BYRNE v. JOHN F. BYRNE.—Application granted. Order signed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

HELEN L. BYRNE v. JOHN F. BYRNE.— Motion for stay granted. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

MASCOT AMUSEMENT COMPANY v. REGAL DRUG COMPANY.—Application granted. Order signed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

MARTIN UNGRICH, INC., v. JOHN HAND, Impleaded, etc.—Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

A. H. WOODS THEATRE COMPANY, INC., v. JOHN F. GILCHRIST, Commissioner, etc.— Motion granted; question certified. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

GEORGE A. PRICE v. WOODWARD-BROWN REALTY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

JOHN ROSSETTI v. NEW YORK TELEPHONE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of ANDREW J. SHIPMAN, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

GOSHI KAISHA YAMAMOTO SOHONTEN v. FRANCE & CANADA STEAMSHIP COM-